NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Sandra Goldstein,

    Plaintiff,

v.

Experian Information Solutions Incorporated, *et al*.,

    Defendants.

No. CV-16-03984-PHX-JJT

**ORDER**

Upon review of the Stipulation for Dismissal With Prejudice As To Experian Information Solutions, Inc., Only (Doc. 21), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 21). The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc., only, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that all pending hearings, including the March 6, 2017 Rule 16 Scheduling Conference, and motions are deemed moot.

IT IS FURTHER ORDERED that Experian Information Solutions, Inc., being the last remaining defendant in this matter, and claims against all other having been dismissed with prejudice, the Clerk of the Court shall close the matter.

Dated this 30th day of January, 2017.

Honorable John J. Tuchi
United States District Judge